IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00377-PAB-MEH | Date: | March 30, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                        *Counsel:*

GARY GRADY                                                Brian Gonzales

   Plaintiff,

v.

ALPINE AUTO RECOVERY, LLC, et al            Amy Miletich
                                                                           Brendan Benson

   Defendants.

**COURTROOM MINUTES**
**MOTION HEARING**

**2:04 p.m.**     **Court in session.**

Court calls case. Brian Gonzales and Amy Miletich appeared by telephone. Don Heald and Cathy Heald also appeared.

**ORDERED**:     [39] Motion to Withdraw as Attorney is GRANTED. Amy Miletich and Brendan Benson are terminated as counsel for the defendants.

[41] Motion to Amend/Correct/Modify Scheduling Order by Defendants is GRANTED.

The case and all pending deadlines are temporarily STAYED pending settlement negotiations.

**2:07 p.m.**     **Court in recess**
**2:46 p.m.**     **Court in session**
**2:49 p.m.**     **Court in recess.**   Hearing concluded.
Total in-court time   00:06

\*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.